# EXHIBIT A

Case 2-22-02014-PRW, Doc 1-1, Filed 02/03/22, Entered 02/03/22 13:40:29, Description: Exhibit A, Page 1 of 5

Buffalo Hospital Supply LLC

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 11/29/2019 | 12/17/2019 | $ 5,834.75 | 4508643 | 11/1/2019 | 798.60 |
| | | | 4508644 | 11/1/2019 | 361.44 |
| | | | 4508645 | 11/1/2019 | 404.68 |
| | | | 4508646 | 11/1/2019 | 1,255.20 |
| | | | 4508647 | 11/1/2019 | 127.03 |
| | | | 4508649 | 11/1/2019 | 45.90 |
| | | | 4508650 | 11/1/2019 | 515.32 |
| | | | 4508651 | 11/1/2019 | 387.20 |
| | | | 4508652 | 11/1/2019 | 1,825.95 |
| | | | 4508648 | 11/1/2019 | 113.43 |
| 12/5/2019 | 12/19/2019 | 6,320.62 | 4509407 | 11/5/2019 | 46.33 |
| | | | 4509408 | 11/5/2019 | 8.51 |
| | | | 4509414 | 11/5/2019 | 25.54 |
| | | | 4509417 | 11/5/2019 | 1,353.28 |
| | | | 4509409 | 11/5/2019 | 293.04 |
| | | | 4509415 | 11/5/2019 | 118.51 |
| | | | 4509410 | 11/5/2019 | 506.00 |
| | | | 4509412 | 11/5/2019 | 23.30 |
| | | | 4509418 | 11/5/2019 | 3,682.23 |
| | | | 4509411 | 11/5/2019 | 190.40 |
| | | | 4509416 | 11/5/2019 | 73.48 |
| 12/6/2019 | 12/23/2019 | 7,226.71 | 4510533 | 11/8/2019 | 77.00 |
| | | | 4510535 | 11/8/2019 | 333.27 |
| | | | 4510539 | 11/8/2019 | 2,179.84 |
| | | | 4510531 | 11/8/2019 | 9.45 |
| | | | 4510532 | 11/8/2019 | 241.01 |
| | | | 4510534 | 11/8/2019 | 121.08 |
| | | | 4510536 | 11/8/2019 | 1,594.36 |
| | | | 4510537 | 11/8/2019 | 242.00 |
| | | | 4510538 | 11/8/2019 | 2,428.70 |
| 12/12/2019 | 12/23/2019 | 12,987.70 | 4511319 | 11/12/2019 | 506.00 |
| | | | 4511320 | 11/12/2019 | 707.95 |
| | | | 4511323 | 11/12/2019 | 1,577.00 |
| | | | 4511325 | 11/12/2019 | 2,127.98 |
| | | | 4511329 | 11/12/2019 | 615.58 |
| | | | 4511327 | 11/12/2019 | 159.40 |
| | | | 4511315 | 11/12/2019 | 35.90 |
| | | | 4511317 | 11/12/2019 | 89.50 |
| | | | 4511324 | 11/12/2019 | 898.60 |
| | | | 4511328 | 11/12/2019 | 1,646.87 |
| | | | 4511322 | 11/12/2019 | 76.93 |
| | | | 4511326 | 11/12/2019 | 115.43 |
| | | | 4511316 | 11/12/2019 | 430.98 |
| | | | 4511318 | 11/12/2019 | 4,048.00 |
| | | | 4511321 | 11/12/2019 | 93.67 |

Buffalo Hospital Supply LLC

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 12/13/2019 | 12/24/2019 | 218.29 | 4512537 | 11/15/2019 | 116.36 |
| | | | 4512536 | 11/15/2019 | 11.93 |
| | | | 4512538 | 11/15/2019 | 90.00 |
| 12/18/2019 | 12/31/2019 | 1,632.79 | 4512791 | 11/18/2019 | 1,632.79 |
| 12/19/2019 | 1/7/2020 | 8,346.53 | 4513393 | 11/19/2019 | 356.10 |
| | | | 4513394 | 11/19/2019 | 712.20 |
| | | | 4513400 | 11/19/2019 | 33.59 |
| | | | 4513402 | 11/19/2019 | 101.20 |
| | | | 4513404 | 11/19/2019 | 1,106.85 |
| | | | 4513405 | 11/19/2019 | 1,210.00 |
| | | | 4513407 | 11/19/2019 | 111.24 |
| | | | 4513408 | 11/19/2019 | 1,829.67 |
| | | | 4513396 | 11/19/2019 | 755.07 |
| | | | 4513397 | 11/19/2019 | 56.20 |
| | | | 4513398 | 11/19/2019 | 27.37 |
| | | | 4513399 | 11/19/2019 | 92.58 |
| | | | 4513401 | 11/19/2019 | 7.94 |
| | | | 4513403 | 11/19/2019 | 528.18 |
| | | | 4513406 | 11/19/2019 | 104.60 |
| | | | 4513409 | 11/19/2019 | 1,655.50 |
| 12/20/2019 | 1/7/2020 | 2,947.08 | 4514642 | 11/22/2019 | 148.66 |
| | | | 4514643 | 11/22/2019 | 78.11 |
| | | | 4514644 | 11/22/2019 | 140.32 |
| | | | 4514645 | 11/22/2019 | 27.00 |
| | | | 4514646 | 11/22/2019 | 2,552.99 |
| 12/24/2019 | 1/7/2020 | 44.20 | 4515342 | 11/25/2019 | 44.20 |
| 12/26/2019 | 1/14/2020 | 9,943.79 | 4515501 | 11/26/2019 | 130.50 |
| | | | 4515503 | 11/26/2019 | 84.24 |
| | | | 4515504 | 11/26/2019 | 103.55 |
| | | | 4515505 | 11/26/2019 | 97.32 |
| | | | 4515506 | 11/26/2019 | 9.00 |
| | | | 4515511 | 11/26/2019 | 275.15 |
| | | | 4515508 | 11/26/2019 | 142.76 |
| | | | 4515509 | 11/26/2019 | 484.00 |
| | | | 4515510 | 11/26/2019 | 142.76 |
| | | | 4515512 | 11/26/2019 | 1,746.64 |
| | | | 4515513 | 11/26/2019 | 363.00 |
| | | | 4515515 | 11/26/2019 | 2,833.43 |
| | | | 4515502 | 11/26/2019 | 506.00 |
| | | | 4515507 | 11/26/2019 | 2,170.28 |
| | | | 4515514 | 11/26/2019 | 855.16 |

**Exhibit A**
Buffalo Hospital Supply LLC

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| 12/27/2019 | 1/10/2020 | 5,470.77 | 4516398 | 11/29/2019 | 96.67 |
| | | | 4516400 | 11/29/2019 | 102.54 |
| | | | 4516402 | 11/29/2019 | 159.94 |
| | | | 4516403 | 11/29/2019 | 18.90 |
| | | | 4516404 | 11/29/2019 | 199.42 |
| | | | 4516405 | 11/29/2019 | 4,450.79 |
| | | | 4516399 | 11/29/2019 | 77.00 |
| | | | 4516401 | 11/29/2019 | 134.72 |
| | | | 4516406 | 11/29/2019 | 153.86 |
| | | | 4516407 | 11/29/2019 | 76.93 |
| 12/30/2019 | 1/14/2020 | 2,233.70 | 4516776 | 11/30/2019 | 64.45 |
| | | | 4516779 | 11/30/2019 | 78.70 |
| | | | 4516777 | 11/30/2019 | 198.63 |
| | | | 4516778 | 11/30/2019 | 19.66 |
| | | | 4516780 | 11/30/2019 | 605.81 |
| | | | 4516781 | 11/30/2019 | 124.54 |
| | | | 4516782 | 11/30/2019 | 333.49 |
| | | | 4516783 | 11/30/2019 | 253.00 |
| | | | 4513395 | 11/19/2019 | 213.66 |
| | | | 4509413 | 11/5/2019 | 341.76 |
| 1/2/2020 | 1/17/2020 | 4,284.07 | 4517122 | 12/3/2019 | 1,976.16 |
| | | | 4517120 | 12/3/2019 | 108.11 |
| | | | 4517118 | 12/3/2019 | 172.12 |
| | | | 4517119 | 12/3/2019 | 147.53 |
| | | | 4517121 | 12/3/2019 | 56.20 |
| | | | 4517123 | 12/3/2019 | 1,823.95 |
| 1/3/2020 | 1/14/2020 | 4,535.43 | 4517700 | 12/5/2019 | 484.00 |
| | | | 4518306 | 12/6/2019 | 471.35 |
| | | | 4518308 | 12/6/2019 | 797.67 |
| | | | 4518303 | 12/6/2019 | 150.00 |
| | | | 4518304 | 12/6/2019 | 127.47 |
| | | | 4518307 | 12/6/2019 | 1,408.11 |
| | | | 4518301 | 12/6/2019 | 659.99 |
| | | | 4518302 | 12/6/2019 | 363.00 |
| | | | 4518305 | 12/6/2019 | 73.84 |

**Exhibit A**
Buffalo Hospital Supply LLC

| Check Date | Payment Clear Date | Payment Amount | Invoice # | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|
| | | | 4519013 | 12/10/2019 | 4.50 |
| | | | 4519010 | 12/10/2019 | 32.49 |
| | | | 4519016 | 12/10/2019 | 201.53 |
| | | | 4519018 | 12/10/2019 | 736.12 |
| | | | 4519009 | 12/10/2019 | 287.05 |
| | | | 4519017 | 12/10/2019 | 151.12 |
| 1/9/2020 | 1/28/2020 | 6,791.14 | 4519006 | 12/10/2019 | 39.70 |
| | | | 4519007 | 12/10/2019 | 5.40 |
| | | | 4519008 | 12/10/2019 | 118.51 |
| | | | 4519011 | 12/10/2019 | 152.22 |
| | | | 4519012 | 12/10/2019 | 42.88 |
| | | | 4519014 | 12/10/2019 | 740.39 |
| | | | 4519015 | 12/10/2019 | 56.20 |
| | | | 4519019 | 12/10/2019 | 4,261.80 |
| | | | 4520192 | 12/13/2019 | 94.77 |
| | | | 4520193 | 12/13/2019 | 110.43 |
| 1/10/2020 | 1/22/2020 | 4,805.64 | 4520194 | 12/13/2019 | 60.47 |
| | | | 4520195 | 12/13/2019 | 4,448.13 |
| | | | 4520191 | 12/13/2019 | 91.84 |
| | | | 4520955 | 12/17/2019 | 35.42 |
| | | | 4520956 | 12/17/2019 | 43.50 |
| | | | 4520957 | 12/17/2019 | 130.50 |
| 1/16/2020 | 1/28/2020 | 6,334.19 | 4520958 | 12/17/2019 | 316.32 |
| | | | 4520960 | 12/17/2019 | 3,980.47 |
| | | | 4520954 | 12/17/2019 | 26.68 |
| | | | 4520959 | 12/17/2019 | 1,839.58 |
| | | | 4521963 | 12/20/2019 | 10.62 |
| | | | 4521964 | 12/20/2019 | 73.07 |
| 1/17/2020 | 1/28/2020 | 875.70 | 4521965 | 12/20/2019 | 295.66 |
| | | | 4521966 | 12/20/2019 | 103.43 |
| | | | 4521967 | 12/20/2019 | 383.42 |
| | | | 4513236 | 1/15/2020 | 9.50 |
| 1/22/2020 | 2/4/2020 | 2,204.98 | 4522229 | 12/23/2019 | 1,891.00 |
| | | | 4522231 | 12/23/2019 | 313.98 |
| | | | 4522690 | 12/24/2019 | 84.70 |
| | | | 4522691 | 12/24/2019 | 31.33 |
| | | | 4522693 | 12/24/2019 | 99.75 |
| | | | 4522696 | 12/24/2019 | 1,575.71 |
| 1/23/2020 | 2/4/2020 | 4,474.54 | 4522699 | 12/24/2019 | 1,787.92 |
| | | | 4522692 | 12/24/2019 | 311.12 |
| | | | 4522694 | 12/24/2019 | 68.76 |
| | | | 4522695 | 12/24/2019 | 160.65 |
| | | | 4522697 | 12/24/2019 | 194.46 |
| | | | 4522698 | 12/24/2019 | 160.14 |
| | | $ 97,512.62 | | | |