Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>BUFFALO HOSPITAL SUPPLY, LLC,<br><br>　　　　　　　Defendant. | Adv. Proc. No. 22-02014 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Buffalo Hospital Supply LLC. (together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii)

of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: November 23, 2022 | Dated: November 23, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | HORWOOD MARCUS & BERK CHARTERED |
| */s/ Ilan D. Scharf* | */s/ Nathan E. Delman* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>　　　　ischarf@pszjlaw.com<br>　　　　jspomerantz@pszjlaw.com<br><br>*Counsel to Plaintiff RDC Liquidating Trust* | Nathan E. Delman (IL Bar No. 6296205)<br>500 West Madison Street, Suite 3700<br>Chicago, IL 60661<br>Telephone: (312) 606-3200<br>Email: ndelman@hmblaw.com<br><br>*Counsel to Defendant Buffalo Hospital Supply LLC* |

SO ORDERED

DATED: _____, 2022　　　　　　_____
　　　　　Rochester, New York　　　　　　　　　HON. PAUL R. WARREN
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge